DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '10 MAR 24 11:46 USDC-ORE

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Bobbi Brown**

   **Plaintiff,**

   **vs.**                                    **Civil No. 09-cv-0210-TC**

**Commissioner of Social Security**

   **Defendant.**                             **ORDER GRANTING AWARD
                                              OF EAJA FEES**

   Pursuant to Stipulation, and good cause appearing therefore,

   IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $7.22, costs in the amount of $12.00, and

attorney's fees in the amount of $5,687.88, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920.  Payment should be made to plaintiff's attorney

   Done this 24 day of March, 2010

   _____
                        Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**